Kevin J. Nash, Esq.
**Goldberg Weprin Finkel Goldstein LLP**
*Attorneys for Debtor/Plaintiff*
1501 Broadway, 22nd Floor
New York, New York 10036
Phone: (212) 221-5700

Michael Levine, Esq.
**Levine & Associates, P.C.**
*Proposed Special Litigation Counsel to the Debtor*
15 Barclay Road
Scarsdale, NY 10583
Phone: (914) 600-4288

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| RS OLD MILL, LLC, | Case No. 17-22218 (RDD) |
| Debtor | |

------------------------------------------------------------------------x

| | |
|---|---|
| RS OLD MILL, LLC, | Adversary Proceeding No. 19-08243 (RDD) |
| Plaintiff, | |
| - against - | |

SUFFERN PARTNERS LLC, BRIDGEWATER
CAPITAL PARTNERS LLC, ISAAC GENUTH,
MARK YUNGER a/k/a "MARK JUNGER," GOLDIE
REISMAN, MOSES REICHMAN, RS OLD MILLS
RD LLC., DAVID FLEISCHMANN, THOMAS
LANDRIGAN, and CPIF LENDING, LLC,

Defendants.

------------------------------------------------------------------------x

## DECLARATION OF SERVICE OF SUMMONS AND COMPLAINT

J. Ted Donovan declares the following under the penalties of perjury pursuant to 28 U.S.C. § 1746:

On April 8, 2019, I served the Summons and Complaint on the parties set forth in the annexed Schedule, by regular mail by causing a true copy of same, enclosed in a fully paid wrapper properly addressed to such person at the addressed listed in the annexed Schedule, and depositing same in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, NY
        April 9, 2019


                                    /s/ J. Ted Donovan, Esq

Suffern Partners LLC
25 Old Mill Rd,
Suffern, NY 10901

Suffern Partners LLC
202 Grandview Ave
Monsey NY 10952

Bridgewater Capital Partners LLC
1441 Broadway 3th Floor Suite 3027
New York, NY 10018

Bridgewater Capital Partners LLC
202 Grandview Ave
Monsey NY 10952

Isaac Genuth
36 Lyncrest Drive
Monsey, NY 10952

Mark Yunger
202 Grandview Ave
Monsey NY 10952

Goldie Reisman
146 Penn St
Brooklyn, NY 11211

Goldie Reisman
200 North 14th Street #201
Brooklyn, NY 11249

Moses Reisman
146 Penn St
Brooklyn, NY 11211

Moses Reisman
200 North 14th Street #201
Brooklyn, NY 11249

RS Old Mills Rd LLC
99 Brookside Avenue
Chester, New York 10918

David Fleischmann, Esq.
Law Offices of David Fleischmann P.C.
2233 Nostrand Avenue, 3rd Floor
Brooklyn, New York 11210

Thomas C. Landrigan, Partner
Cohen, LaBarbera & Landrigan, LLP
99 Brookside Avenue
Chester, New York 10918

Columbia Pacific Advisors
1910 Fairview Ave. E., Suite 200
Seattle, WA 98102

Michael J. Barrie, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Ave, Suite 801
Wilmington, DE 19801-1611