Law Offices of David Fleischmann P.C.

2233 Nostrand Avenue, 3rd Floor | Brooklyn, NY 11210 | P: 718.650.6090 | F: 718.504.7835

## Closing Statement

| | | | | |
|---|---|---|---|---|
| PREMISES | 25 Old Mill Rd, 19 Hemion Rd, Route 59, 200 N 14 St, 4-6 Berry St NY | CLOSING LOCATION: | Via escrow |
| PURCHASER | Suffern Partners LLC | CLOSING DATE: | 9/6/2017 |
| PURCHASER'S ATTORNEY | Law Offices of David Fleischmann, PC | CLOSING TIME: | n/a |
| SELLER | RS Old Mill LLC | TITLE COMPANY: | Riverside |
| SELLER'S ATTORNEY | Cohen, LaBarbera & Landrigan LLP | NEW LENDER | CPIF LENDING, LLC & W Financial Fund, LP |
| | | NEW LENDERS ATTORNEY | Cohen, LaBarbera & Landrigan LLP |

**CREDITS DUE SELLER:**
| | | |
|---|---|---|
| Purchase Price | $ | 30,000,000.00 |
| Total Due Seller | $ | 30,000,000.00 |
| | | |
| **BALANCE DUE SELLER** | $ | 30,000,000.00 |

**BALANCE PAID AS FOLLOWS:**
| | | | |
|---|---|---|---|
| Commonwealth Land Title-Seller | $ | (15,940,321.51) | *wire should have been $3 more |
| Cohen, LaBarbera & Landrigan LLP-Seller | $ | (13,763,840.88) | |
| Watermark Associates | $ | (48,285.89) | |
| Riverside Abstract-seller bill | $ | (149,298.72) | |
| Riverside Abstract-seller bill | $ | (97,500.00) | |
| Alan Hirsch-seller title closer | $ | (750.00) | |
| | $ | (29,999,997.00) | |

**The Transaction:**
| | |
|---|---|
| Loan Amount | $33,000,000.00 |

**LOAN AMOUNT DISBURSED AS FOLLOWS:**
| | | |
|---|---|---|
| Lender Origination Fee | $ | 660,000.00 |
| Reserve TILC | $ | 2,500,000.00 |
| Reserve Capital Expenditure | $ | 1,000,000.00 |
| Reserve Real Estate Taxes | $ | 375,000.00 |
| Reserve Interest | $ | 2,487,833.33 |
| Stub Interest | $ | 262,166.67 |
| Lender Due Diligence Expense | $ | 11,000.00 |
| Borrower Deposit | $ | (95,000.00) |
| Interest Reserve taken in error | $ | 262,166.67 |
| Net Loan Amount wired to Riverside | $ | 25,536,833.33 |
| | $ | 33,000,000.00 |

**Purchasers Expenses:**
| | | | |
|---|---|---|---|
| TD Bank | $ | 4,858,054.29 | |
| Riverside Abstract | $ | 1,298,578.20 | (=title bill-56,250 credit +recording fees) |
| Key Bank, National Association | $ | 750.00 | |
| Legal Fee -David Fleischmann | $ | 40,000.00 | |
| Legal Fee-Reiss Sheppe LLP | $ | 48,500.00 | |
| Watermark Associates | $ | 281,714.11 | |
| IM Insurance Brokerage Inc | $ | 687,838.21 | |
| Casssin & Cassin | $ | 125,000.00 | |
| Law Office Of Shaul C. Greenwald, Esq. | $ | 25,000.00 | |
| Entity Fees | $ | 4,000.00 | |
| Title Closer-Eli Basch | $ | 400.00 | |
| Vcorp Services, LLC | $ | 390.00 | |
| Cullen and Dykman (attorney for TD Bank) | $ | 4,600.00 | |
| Bridgewater Capital Partners LLC | $ | 126,250.00 | |
| Total Expenses | $ | 7,501,074.81 | |

**RIVERSIDE ABSTRACT**
**Lexington Tower**
212 Second Street, Suite 502
Lakewood, New Jersey 08701
Telephone: (718) 252-4200 Fax: (718) 252-4226

| File No. | RANY-27660 | | | | |
|---|---|---|---|---|---|
| Premises | Parcel I: 25 Old Mill Road | | | | |
| | Parcel II: 19 Hamion Road | | | | |
| | Parcel III: Route 59 | | | | |
| | 200 North 14th Street | | | | |
| | 4-6 Berry Street | | | | |
| Sellers | RS Old Mill, LLC | Purchaser | | Suffern Partners LLC | |
| Seller Counsel | Cohen, LaBarbera & Landrigan LLP | Purchaser Counsel | | Law Offices of David Fleischmann P.C. | |
| Lender | CPIF LENDING, LLC & W Financial Fund, LP | | | | |
| Lender Counsel | Cassin & Cassin LLP | | | | |
| Closing Date | September 6, 2017 | | | | |

## SETTLEMENT STATEMENT

| Transaction Summary | Contract Price | | $ | 30,000,000.00 | |
|---|---|---|---|---|---|
| | Down Payment | | | | |
| | Equity Received By Seller | | $ | 12,500,000.00 | |
| Loan | New Loan Amount | | $ | 33,000,000.00 | |
| Loan Related Fees | | | | | |
| | Lender Origination Fee | | $ | 660,000.00 | |
| | Environmental Insurance Cost | | $ | - | |
| | Reserve TILC | | $ | 2,500,000.00 | |
| | Reserve Capital Expenditure | | $ | 1,000,000.00 | |
| | Reserve Real Estate Taxes | | $ | 375,000.00 | |
| | Reserve Insurance | | $ | - | |
| | Reserve Interest | | | $2,487,833.33 | |
| | Stub Interest | | | $262,166.67 | |
| | Lender Due Diligence Expense | | $ | 11,000.00 | |
| | Borrower Deposit | | $ | (95,000.00) | |
| | Total Retained Funds | | $ | 7,201,000.00 | |
| | Net Wire to Title | | $ | 25,799,000.00 | |

| | Description | Payee | Paid by Purchaser | Paid by Seller | |
|---|---|---|---|---|---|
| Closing Adjustments | | | | | |
| Payoffs | | | | | |
| | | TD Bank | $ 4,858,054.29 | | Good Through 09/06/2017 |
| Miscellaneous Charges | | | | | |
| | Title Fees | Riverside Abstract | $ 1,338,936.72 | $ 149,298.72 | |
| | ECBs | Riverside Abstract | | $ 97,500.00 | |
| | Closer | Alan Hirsch | | $ 750.00 | |
| | | Key Bank, National Association | $ 750.00 | | |
| | Borrower Legal Fees | Law Offices of David Fleischmann, P.C. | $ 40,000.00 | | |
| | | Reiss Sheppe LLP | $ 48,500.00 | | |
| | | Watermark Associates Broker Fee | $261,714.11 | $ 48,285.89 | |
| | Environmental Insurance Cost | IM Insurance Brokerage Inc | $ 503,864.42 | | |
| | Boiler & Machinery Incl Tria/ Tax/ Fee | IM Insurance Brokerage Inc | $ 9,283.00 | | |
| | Liability Incl Tria/ Tax / Fee | IM Insurance Brokerage Inc | $ 20,585.00 | | |
| | Property Incl Tria/ Tax/ Fee | IM Insurance Brokerage Inc | $ 258,725.79 | | |
| | Umbrella Incl Tria/ Tax/ Fee | IM Insurance Brokerage Inc | $ 25,400.00 | | |
| | | IM Insurance Brokerage Inc Credit | $ (130,000.00) | | |
| | | Cassin & Cassin | $ 125,000.00 | | |
| | | Law Office Of Shaul C. Greenwald, Esq. | $ 25,000.00 | | |
| | | Corporation Service Company | $ 4,000.00 | | |
| | | Elie Basch | $ 400.00 | | |
| | | Vcorp Services, LLC | $ 390.00 | | |
| | | Bridgewater Capital Partners LLC | $ 56,250.00 | | |
| | | Bridgewater Capital Partners LLC | $ 70,000.00 | | |
| | | Commonwealth Land Title | | $ 15,940,324.51 | |
| | | Cohen, LaBarbera & Landrigan, LLP | | $ 13,763,840.88 | |
| **TOTAL SETTLEMENT CHARGES PAID:** | | | $ 7,536,833.33 | $ 30,000,000.00 | |
| **NET AMOUNT DUE FROM PURCHASER:** | | | $ (762,166.67) | | |
| **NET PROCEEDS TO SELLER DISBURSED AS BELOW:** | | | | $ - | |

9/15/2017 11:44 AM