UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Chapter 7

RS OLD MILL, LLC,                                               Case No.: 17-22218 (RDD)

                Debtor.
------------------------------------------------------------x
RS OLD MILL, LLC,

                Plaintiff,                              Adv. Pro. No.: 19-08243 (RDD)

-against-

SUFFERN PARTNERS LLC, BRIDGEWATER
CAPITAL PARTNERS LLC, ISAAC GENUTH,
MARK YUNGER a/k/a "MARK JUNGER," GOLDIE
REISMAN, MOSES REICHMAN, RS OLD MILLS
RD LLC., DAVID FLEISCHMANN, THOMAS
LANDRIGAN, and CPIF LENDING, LLC,

                Defendants.
------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF ALL MATTERS

**PLEASE TAKE NOTICE** that all matters scheduled to be heard before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, The Honorable Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601-4140, in the above-captioned cases on August 19, 2019 at 10:00 a.m. were adjourned. A separate notice will be filed when the new hearing date is set.

Dated: August 16, 2019
      Wantagh, New York      **LaMONICA HERBST & MANISCALCO, LLP**
                                          Counsel to Marianne T. O'Toole, as Chapter 7 Trustee

                            By:   *s/ Holly R. Holecek*
                                   Holly R. Holecek, Esq.
                                   A Partner of the Firm
                                   3305 Jerusalem Avenue, Suite 201
                                   Wantagh, New York 11793
                                   Telephone: (516) 826-6500